was properly exercised appears when we consider the statement of defendant's counsel at folios 97 to 99 of the record, which statement is, in effect, an offer of proof, and indicates clearly the prejudice to plaintiff which would have resulted from the admission of the proof by the learned Trial Justice.

MILTON MEISELMAN, an Infant, by FANNY MEISELMAN, His Guardian ad Litem, Appellant, v. CROWN HEIGHTS HOSPITAL, INC., et al., Respondents.— Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

RUTH PAYNTER, Appellant, v. ALFRED RADO, Respondent.— No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DRY DOCK AUTO Co., INC., Appellant.— No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. ARTHUR KENNEDY & SON, INC., Appellant.— No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. 19 RICHARDS STREET CORPORATION, Appellant.—